

**STATE OF MISSOURI**
**DEPARTMENT OF MENTAL HEALTH**
**APPLICATION FOR 96 HOUR IMMINENT HARM ADMISSION**
**TO A MENTAL HEALTH OR ALCOHOL AND DRUG ABUSE FACILITY**

12-00547

(A MENTAL HEALTH FACILITY/ALCOHOL OR DRUG ABUSE FACILITY) Freeman Health System

The applicant is a Police Officer ____ who may complete this application under Section 632.305.4, RSMo. or Section 631.120.1 RSMo.

The applicant herein states that ___ he has reason to believe that the respondent, Cris A Christensen ____, age 40, birthdate 5/28/70.

gender ☒ Male ☐ Female, who resides at

90759 W 115th Terrace  Overland Park  ____  KS  6620_
(street)       (city)         (county)  (state)  (zip code)

Is mentally disordered/abuses alcohol or drugs or both as defined by law and presents an imminent likelihood of serious harm to h___ self or others, and thus is in need of detention, evaluation and treatment/rehabilitation in a mental health/alcohol or drug abuse facility. Such belief is based upon the facts which have been derived from the applicant's personal observation and/or investigation:

1. The facts that support the applicant's belief that the respondent is mentally disordered/abuses alcohol or drugs or both are:

   Terri Christenson told me her husband Cris is an alcoholic. I did not locate any alcohol inside his room. Cris did resist arrest.

2. The facts that support the applicant's belief that the respondent presents an imminent likelihood of serious harm are:

   Terri states Cris told her he has taken bottles of pills and had been consuming alcohol. She states he was stating hurt, it was over, and to not punish Missouri for him committing suicide.

Attached hereto and incorporated herein are the names and addresses of persons known to the applicant to have personal knowledge of said facts.

WHEREFORE, the applicant requests the mental health/alcohol or drug abuse facility to admit ____ for detention, evaluation and treatment/rehabilitation for a period not to exceed 96 hours pursuant to Chapter 632, RSMo/Chapter 631, RSMo.

| APPLICANT | DATE |
|---|---|
| Ofc. John Wittern | 05/05/12 |
| **ADDRESS** 303 E 3rd ST  Joplin Mo. 64801 | **TELEPHONE** 417-623-3131 |

NOTARY PUBLIC EMBOSSER OR BLACK INK RUBBER STAMP SEAL

STATE: Missouri
COUNTY (OR CITY OF ST. LOUIS): Newton

SUBSCRIBED AND SWORN BEFORE ME, THIS Sixth DAY OF June YEAR 12

NOTARY PUBLIC SIGNATURE: Stephanie C. Clevenger
MY COMMISSION EXPIRES: 8/10/12
NOTARY PUBLIC NAME TYPED OR PRINTED: Stephanie C. Clevenger

[Notary Seal: STEPHANIE L. CLEVENGER, NOTARY PUBLIC, NOTARY SEAL, JASPER COUNTY, STATE OF MISSOURI, COMM EXP AUG 10, 2012, COMMISSION No. 08615384]

MO 650-0182 (08-07)
DMH 132

01.60000.64060.PSYC.0018.0807



**STATE OF MISSOURI**
**DEPARTMENT OF MENTAL HEALTH**
**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DETENTION, EVALUATION AND TREATMENT/REHABILITATION - ADMISSION FOR 96 HOURS**

12-005417

IN THE MATTER OF  Cris A Christenson , RESPONDENT,

A PERSON ALLEGED TO BE MENTALLY DISORDERED.

Ofc. John Watkins , HEREBY AFFIRMS AN OATH AS FOLLOWS:

(Describe the behavior which respondent exhibits which supports the conclusion that respondent is mentally disordered or an alcohol or drug abuser and presents a likelihood of serious harm to himself or others.)

On 05/05/2012 I, Officer Watkins responded to 3107 E 36th (Hampton Inn) in reference to a Suicidal Subject. I was contacted by the front office manager, Cindy Anderson. She told me she received a phone call from Terri Christenson. Terri told her her husband Chris Christenson was staying in room 127 at the Hampton Inn. She told Anderson she needs to call 911 because Chris has attempted suicide in that room, by taking pills and consuming alcohol.

I contacted Terri by phone. Terri stated she spoke with Chris by phone about a half hour before Police was contacted. Chris told Terri over the phone to make sure his dad took care of the kids. He also told her not to punish his dad for him committing suicide. Cris told Terri that he had taken a lot of bottles of pills. She knows he has Xanax. He also told her he was drunk and had been consuming alcohol. He told Terri it was over.

Terri lives in Overland Park Kansas. She was unable to complete an affidavit. Her address is 9759 W 115th Terrace Overland Park KS, 66210.

Cris told me everything was fine. I did not see any alcohol in/around the room or pills. He did ____ accept

**NAME (SIGNATURE)**  John Watkins

**STREET ADDRESS**  303 E 3rd St

**CITY**  Joplin   **STATE** Mo   **ZIP CODE** 64801   **TELEPHONE** 417-623-3131

**NOTARY PUBLIC EMBOSSER OR BLACK INK RUBBER STAMP SEAL**
STATE OF Missouri
SUBSCRIBED AND SWORN BEFORE ME THIS Sixth DAY OF June YEAR 2012
NOTARY PUBLIC SIGNATURE: Stephanie Clevenger
MY COMMISSION EXPIRES 8/10/12
NOTARY PUBLIC NAME (TYPED OR PRINTED) STEPHENIE L. CLEVENGER

COUNTY (OR CITY OF ST. LOUIS) Newton

MD 650-0173N (5-00)
DMH 142

01.60000.00000.UNIV.0152.1203