

# IN THE CIRCUIT COURT OF NEWTON COUNTY, MISSOURI

| Probate Division | Case Number: 12NW-MH00493 |
|---|---|

In the Matter of CRIS CHRISTENSON, Respondent.

**FILED**
JUN 0 6 2012
PATTY A. KRUEGER
CLERK OF THE CIRCUIT COURT
(Date File Stamp)

## Order for 96 Hour Detention, Evaluation and Treatment
(Mental Health)

The court takes up the application of FREEMAN HEALTH SYSTEMS for the detention, evaluation and treatment of the respondent. The applicant is ☐ present ☒ not present in person. The respondent is ☒ not present ☐ present. The court having heard and examined the evidence submitted finds that the respondent is in this county and that there is probable cause to believe that the respondent has a mental disorder and presents a likelihood of serious harm to respondent or others.

It is ordered that the respondent is placed in the custody of the Director of the Department of Mental Health; or the head of FREEMAN HEALTH SYSTEMS, a mental health facility, for detention, evaluation and treatment for a period not to exceed 96 hours unless a petition for a further period of detention and treatment is filed with the court of competent jurisdiction.

It is further Ordered that **GREG BRIDGES** appointed as counsel for Respondent.

DATE: 06/06/2012

JUDGE: *Kevin L. Selby* (signature)

[SEAL of the Circuit Court, Newton Co., MO]

OSCA (7-98) MH15

1 of 1

632.305, RSMo

Case 3:14-cv-05077-DGK   Document 9-7   Filed 07/24/14   Page 1 of 1