IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CRIS CHRISTENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:14-cv-05077-REL |
| | ) |
| FREEMAN HEALTH SYSTEM, | ) |
| THERESE MCBRIDE, D.O., | ) |
| JAMES PLETCHER, D.O., and | ) |
| DEANNA L. MARQUIS | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT PURSUANT TO §538.225 RSMo. REGARDING JAMES PLETCHER, D.O.

COMES NOW Affiant Philip R. Quinn, having been duly placed upon my oath, and states as follows:

1. I am legal counsel for Plaintiff in the above-captioned matter.

2. I have in my possession a written opinion of a physician licensed to practice medicine, and actively engaged in the practice of medicine in the field of psychiatry.

3. Stephen G. Noffsinger, M.D. is Board Certified by the American Board of Psychiatry and Neurology, and is licensed to practice medicine in the state of Ohio. Dr. Noffsinger's address is Univ. Hosp. of Cleveland-WLK, WO Walker Center-7th Floor, Cleveland, OH, 44106.

4. In the course and scope of Dr. Noffsinger's practice, he regularly prescribes and administers medications to patients, regularly evaluates patients to determine the necessity of involuntary civil commitments and regularly provides treatment to patients during such commitments.

5. Dr. Noffsinger's written opinion concludes that the medical care that Plaintiff received from James Pletcher, D.O. fell below the level of care that a reasonably prudent and careful healthcare provider would and/or should have provided under similar circumstances and that the failure to use such reasonable care directly caused or directly contributed to cause the damages claimed in Plaintiff's Complaint.

FURTHER AFFIANT SAYETH NOT.

BAIRD LIGHTNER MILLSAP, P.C.

8-28-2014
Date

By _Philip R. Quinn_
PHILIP R. QUINN   #63180
1901-C South Ventura Avenue
Springfield, MO 65804-2700
Telephone (417) 887-0133
Facsimile (417) 887-8740
pquinn@blmlawyers.com
*Attorneys for Plaintiffs*

STATE OF MISSOURI   )
                    ) ss.
COUNTY OF GREENE    )

I hereby certify that on the 28th day of August, 2014, before me, Jeanne G. Keller, a notary public of the State of Missouri, personally appeared Philip R. Quinn and made his/her statement in due form of law that the matters and facts set forth in the foregoing Affidavit Pursuant to §538.225 RSMo. are true.

As witness my hand and notarial seal.

_Jeanne G. Keller_
Notary Public Signature

_Jeanne G. Keller_
Notary Public Printed

My Commission Expires:

4-06-18

JEANNE G. KELLER
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Apr. 6, 2018
Commission #14959265