IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CRIS CHRISTENSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 3:14-cv-05077-DGK |
| FREEMAN HEALTH SYSTEM, et al. | ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT FREEMAN HEALTH SYSTEM WITH PREJUDICE

COMES NOW plaintiff, by and through his attorneys, Baird, Lightner, & Millsap, P.C., and for his Voluntary Dismissal of Defendant Freeman Health System with Prejudice, states as follows:

1. Plaintiff requests that this Court order defendant Freeman Health System be dismissed with prejudice from the above cause of action pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Attorneys for plaintiff and this defendant have negotiated a settlement to end the litigation between these parties. Plaintiff and defendant have agreed to the terms of the settlement which are confidential. These parties and their attorneys have agreed and do not object to dismissal of this defendant with prejudice.

3. The request for dismissal is made pursuant to settlement and will not result in a waste of judicial time and effort and does not prejudice any party, nor is it sought to escape an adverse decision or seek a more favorable form. Plaintiff has now settled all of his claims against the healthcare defendants to this case and seeks to dismiss all claims against them with prejudice.

WHEREFORE, for the foregoing reasons, plaintiff prays this Court for its Order dismissing defendant Freeman Health System, with prejudice, and for such further and additional relief as the Court deems just and proper in the premises.

Respectfully submitted,

BAIRD, LIGHTNER, MILLSAP, P.C.

BY: /s/ Patrick Baird
Patrick Baird, Mo. Bar No. 58726
1901-C South Ventura
Springfield, MO 65804
Telephone: (417) 887-0133
Fax: (417) 887-8740

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Karl W. Blanchard, Jr.
Blanchard, Robertson, Mitchell & Carter
320 W. 4th Street
P.O. Box 1626
Joplin, MO 64802
E-mail: blanchardjr@brmclaw.com

*Attorney for Defendants City of Joplin, Missouri, Shawn Dodson, Steven Feken, and John Watkins*

David E. Overby
Andrew J. Donelan
Hyde, Love and Overby LLP
1121 S. Glenstone
Springfield, MO 65804
E-mail: deovrby@cs.com
E-mail: ajdonelan@att.net

*Attorney for Defendant Freeman Health System*

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

/s/ Patrick R. Baird
Patrick R. Baird