# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **CRIS CHRISTENSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Case No. 3:14-cv-05077-DGK** |
| | ) | **(Lead Case)** |
| | ) | Case No. 3:13-cv-05073-DGK |
| | ) | |
| **CITY OF JOPLIN, MISSOURI** | ) | |
| **CORPORAL SHAWN DODSON** | ) | |
| **OFFICER STEVEN FEKEN** | ) | |
| **OFFICER JOHN WATKINS** | ) | |
| **FREEMAN HEALTH SYSTEM** | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE TO TAKE DEPOSITION
## OF STEVE IJAMES

**YOU ARE HEREBY NOTIFIED THAT** a deposition will be taken to be used in the above-styled cause as hereinafter set forth.

### PLACE

Law Offices of
Baird Lightner Millsap, PC
1901-C S. Ventura Avenue
Springfield, MO 65804
(417) 887-0133

### TIME

Depositions will begin at 10:00 a.m., on Monday, January 18, 2016, and shall continue from day to day, if not completed on that day.

1

## WITNESS TO BE DEPOSED

Steve Ijames

## COURT REPORTER

For The Record
Springfield, MO 65810
Telephone No. (417) 881-1186

Respectfully submitted,

BAIRD LIGHTNER MILLSAP, P.C.

　/s/ Patrick R. Baird
John R. Lightner, Mo.Bar No. 30436
Patrick R. Baird, Mo. Bar No. 58726
1901-C S. Ventura Avenue
Springfield, MO 65804
Telephone: (417) 887-0133
Facsimile: (417) 887-8740
jlightner@blmlawyers.com
pbaird@blmlawyers.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Karl W. Blanchard, Jr.<br>BLANCHARD, ROBERTSON,<br>MITCHELL & CARTER, P.C.<br>320 W. 4th Street<br>P. O. Box 1626<br>Joplin, MO 64802 | *Attorney for Defendants City of Joplin, Shawn Dodson, Steven Feken, and John Watkins*<br><br>e-mail: blanchardjr@brmclaw.com<br><br>Fax: 417-623-6865 |

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:　　None.

　　　　　　　　　　　　　/s/　Patrick R. Baird
　　　　　　　　　　　　　　　Patrick R. Baird

2