# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| CRIS CHRISTENSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:14-cv-05077-DGK |
| | ) (consolidated with 3:13-cv-05073-DGK) |
| FREEMAN HEALTH SYSTEM, et al., | ) ) |
| Defendants. | ) |

## ORDER

The issues having been resolved in Case No. 3:14-cv-05077-DGK, and the parties having no objection (Docs. 89 & 90), it is hereby

ORDERED that the consolidation of Case Nos. 3:14-cv-05077-DGK and 3:13-cv-05073-DGK is rescinded. The Clerk of Court shall close Case No. 3:14-cv-05077-DGK. All further proceedings in Case No. 3:13-cv-05073-DGK shall be filed in Case No. 3:13-cv-05073-DGK only.

      /s/ Greg Kays  
      GREG KAYS, CHIEF JUDGE  
      UNITED STATES DISTRICT COURT

Date: April 6, 2016